JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEVILLE ABRAHAM, III and PARRY ABRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, and CCC INTELLIGENT SOLUTIONS INC.,<br><br>Defendants. | Case No. 5:24-cv-01182-KK-SP<br><br>Assigned for All Purposes to:<br>Hon. Kenly Kiya Kato; Courtroom 3<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE CASES**<br><br>Action filed: June 5, 2024 |
| DENISE STOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, and CCC INTELLIGENT SOLUTIONS INC.,<br><br>Defendants. | Case No. 2:24-cv-07395-KK-SP<br><br>Assigned for All Purposes to:<br>Hon. Kenly Kiya Kato; Courtroom 3<br><br>Action filed: August 29, 2024 |

Having reviewed and considered the Parties' Stipulation to Consolidate Cases, and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. *Abraham v. United Services Automobile Association, et al.*, Case No. 5:24-cv-01182-KK-SP, and *Stott v. United Services Automobile Association, et al.*, Case No. 2:24-cv-07395-KK-SP (together, the "Proposed Consolidated Actions"), are hereby consolidated into a single action before this Court under *Abraham*, Case No. 5:24-cv-01182-KK-SP, the earlier-filed of the two Proposed Consolidated Actions.

2. Denise Stott will be a named Plaintiff in the consolidated action along with Neville Abraham, III and Parry Abraham, without prejudice to Plaintiffs including additional named plaintiffs consistent with the limits of the Federal Rules of Civil Procedures and the Local Rules of this Court.

3. Attorneys admitted *pro hac vice* in the *Abraham* or *Stott* actions are hereby deemed admitted in the consolidated action.

4. Defendants United Services Automobile Association, USAA Casualty Insurance Company, USAA General Indemnity Company, Garrison Property and Casualty Insurance Company shall have until April 3, 2025 to serve in the consolidated action responses to the pending alter ego written discovery served in the *Abraham* and *Stott* matters, and Plaintiffs shall have until May 2, 2025 to file a Consolidated Class Action Complaint.

**IT IS SO ORDERED**.

Dated: _____March 3_____, 2025

_____
The Honorable Kenly Kiya Kato
United States District Judge